

**C. Marie Eckert,** OSB No. 883490
marie.eckert@millernash.com
**Michelle E. Barton**, OSB No. 045530
michelle.barton@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

*FILED'09 APR 27 16:25USDC-ORP*

Attorneys for Defendant U.S. Bancorp

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOHN CHANOUZAS and JULIANE CHANOUZAS,** | CV '09   469   PK   CV No. |
| Plaintiffs, | **DEFENDANTS U.S. BANCORP'S AND U.S. BANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **U.S. BANK NATIONAL ASSOCIATION, a federally chartered national bank, and U.S. BANCORP, a Delaware corporation,** | |
| Defendants. | |

Pursuant to Fed R Civ P 7.1, U.S. Bancorp hereby states that it is a publicly owned corporation organized under the laws of the State of Delaware and does not have any parent corporation and no shareholder owns 10% or more of its stock.

Page 1 - Defendants U.S. Bancorp's and U.S. Bank National Association's Corporate Disclosure Statement

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

PDXDOCS:1842034.1

U.S. Bank National Association is a wholly owned direct subsidiary of U.S.
Bancorp and U.S. Bancorp owns 100% of its common stock.

DATED this 27th day of April, 2009.

MILLER NASH LLP

C. Marie Eckert, OSB No. 883490
marie.eckert@millernash.com
Michelle E. Barton, OSB No. 045530
michelle.barton@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Defendants U.S. Bank National
Association and U.S. Bancorp

Page 2 -    Defendants U.S. Bancorp's and U.S. Bank National Association's Corporate
Disclosure Statement

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

PDXDOCS:1842034.1

I hereby certify that I served the foregoing Defendants U.S. Bancorp's and U.S. Bank National Association's Corporate Disclosure Statement on:

> Mr. George J. Zarzana
> Post Office Box 16836
> Portland, Oregon 97292
> Email: g.zarzana@worldnet.att.net
>
> Attorney for Plaintiffs

by the following indicated method or methods on the date set forth below:

☐    **CM/ECF system transmission.**

☐    **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☒    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 27ᵗʰ day of April, 2009.

_Michelle E Barton_
Michelle E. Barton
Oregon State Bar No. 045530

Attorneys for Defendants U.S. Bank National Association and U.S. Bancorp

Page 1 - Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

PDXDOCS:1842034.1