FILED'09 NOV 03 17:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN CHANOUZAS and JULIANE CHANOUZAS, | CV. 09-469 PK |
| Plaintiffs, | ORDER |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, a federally chartered national bank, and U.S. BANCORP, a Delaware corporation, | |
| Defendants. | |

REDDEN, Judge:

Magistrate Judge Paul Papak issued Findings and Recommendation (#18) on July 1, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiffs' request for oral argument is denied.

None of the parties timely filed objections. This relieves me of my obligation to review Magistrate Judge Papak's factual findings *de novo*. *See* 28 U.S.C. § 636(b)(1)(C); *Simpson v.*

OPINION AND ORDER- 1

*Lear Astronics Corp.,* 77 F.3d 1170, 1174-75 (9th Cir. 1996). Any possible insufficiency of evidence as to the amount of attorneys fees in controversy has been cured. (# 25). Having reviewed the legal principles de novo, I find no error.

Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Papak.

IT IS SO ORDERED.

Dated this 3rd day of November, 2009.

/s/ James A. Redden
James A. Redden
United States District Judge

OPINION AND ORDER- 2