C. Marie Eckert, OSB No. 883490
marie.eckert@millernash.com
Michelle E. Barton, OSB No. 045530
michelle.barton@millernash.com
Cody J. Elliott, OSB No. 091027
cody.elliott@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JOHN CHANOUZAS and JULIANE CHANOUZAS, | CV. 09-469-PK |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, a federally chartered national bank, | |
| Defendant. | |

Pursuant to Fed R Civ P 41(a)(1), the parties hereby stipulate, by and through their respective attorneys, to the dismissal of the above-captioned action with prejudice and without costs or attorney fees to any party.

Page 1 -   Stipulation of Dismissal With Prejudice

PDXDOCS:1892945.1

IT IS SO STIPULATED:

_____
George J. Zarzana
gzlaw@comcast.net
(503) 490-7848

Attorneys for Plaintiffs

Date: June __, 2010.

MILLER NASH LLP

_____
C. Marie Eckert, OSB #883490
marie.eckert@millernash.com
Michelle E. Barton, OSB #04553
michelle.barton@millernash.com
Cody J. Elliott, OSB No. 091027
cody.elliott@millernash.com
(503) 224-5858
(503) 224-0155 (Fax)

Attorneys for Defendant

Date: June __, 2010.

Page 2 -   Stipulation of Dismissal With Prejudice

PDXDOCS:1892945.1